# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA SZCZEPANSKI, | ) | CASE NO. 1:19-cv-0191 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF AFFIRMANCE** |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) | **AND DISMISSAL** |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the magistrate judge in the above entitled action. (Doc. No. 16.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. [. . .]

28 U.S.C. § 636(b)(1).

The R&R was filed on October 25, 2019 and recommended that the Commissioner's final decision be affirmed. On October 28, 2019, plaintiff filed a response indicating that there would be no objection to the recommendation of the magistrate judge. (Doc. No. 17.)

No objections having been heard, the Court adopts the recommendation, affirms the Commissioner's decision, and dismisses this matter.

**IT IS SO ORDERED**.

Dated: November 1, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**